Case Name: ZEILINGER, VICTORIA L.
Case No:   06-71774

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: May 10, 2007        WILLIAM T. NEARY
                                  United States Trustee, Region 11


                                  BY:   */s/ Carole J. Ryczek*
                                        CAROLE J. RYCZEK
                                        Attorney for the U.S. Trustee