IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
ZEILINGER, VICTORIA L.

CHAPTER 7 -- Liquidation

CASE NO. 06-71774 MB

Debtor(s)

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID
Number: xxx-xx-3263

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   - At:  U.S. BANKRUPTCY COURT
     211 South Court Street, Room 220
     Rockford, IL  61101

   - on:  JUNE 6, 2007
   - at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 |  | 41.60 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | 2,949.25 |  |
| BERNARD J. NATALE<br>Trustee | $ 0.00 | 3,250.58 |  |

4. The Trustee's Final Report shows total:

   a. Receipts                              $    42,505.78

   b. Disbursements                         $    26,015.34

   c. Net Cash Available for Distribution   $    16,490.44

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $147.81. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $10,101.20, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $39,208.91, resulting in an approximate distribution of 25.76% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: April 4, 2007

For the Court,

By /s/ BERNARD J NATALE

Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

1774   Doc 30   Filed 05/14/07   Entered 05/17/07 00:31:56   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3              User: cshabez              Page 1 of 2              Date Rcvd: May 14, 2007
Case: 06-71774                    Form ID: pdf002            Total Served: 35


The following entities were served by first class mail on May 16, 2007.
db          +Victoria L. Zeilinger,    4868 Saint Seraphim St.,    Rock City, IL 61070-9539
aty         +Mark Zaleski,    Mark E. Zaleski, Attorney at Law,    10 N Galena Avenue #220,
              Freeport, IL 61032-4360
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
10935301     Account Solutions Group, Inc.,    PO Box 628,    Buffalo, NY 14240-0628
10935302     Anchor Receivables Management,    PO Box 41003,    Norfolk, VA 23541-1003
10935303     Associated Recovery Systems,    PO Box 469046,    Escondido, CA 92046-9046
10935304     Bank One,    PO Box 94015,    Palatine, IL 60094-4015
10935305     Beneficial Finance,    PO Box 17574,    Baltimore, MD 21297-1574
10935306    +Beneficial Finance,    PO Box 4153,    Carol Stream, IL 60197-4153
10935307    +Blatt, Hasenmiller, Leibsker,    and Moore,    125 S, Wacker Dr., Suite 400,
              Chicago, IL 60606-4440
10935308    +Blatt, Hasenmiller, Leibsker,    and Moore,    211 Landmark Drive, Suite E5,    Normal, IL 61761-6165
10935309     C.B Accounts, Inc.,    Dept. 0092,    PO Box 25,    Arrowsmith, IL 61722-0025
10935310     Capital One,    Bankruptcy Department,    PO Box 85167,    Richmond, VA 23285-5167
10935312     Capital One Bank,    PO box 34631,    Seattle, WA 98124-1631
10935311     Capital One Bank,    PO Box 790216,    Saint Louis, MO 63179-0216
10935313     Capital One Services,    PO Box 60000,    Seattle, WA 98190-6000
10935314    +Collection Systems of Freeport Inc.,    206 West Stephenson,    PO Box 496,
              Freeport, IL 61032-0496
10935315     Commercial Recovery Systems, Inc.,    PO Box 570909,    Dallas, TX 75357-0909
10935316     ER Solutions, Inc.,    PO Box 9004,    Renton, WA 98057-9004
10935317    +Hulsebus-Gehlsen Chiropratic Clinic,    630 South Terra West Drive,    Freeport, IL 61032-4536
11175320    +Ilinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street  Level 7-425,
              Chicago, Illinois 60601-3218
10935318     Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
10935319    +Illinois Department of Revenue,    PO Box 19025,    Springfield, IL 62794-9025
11164667     LVNV Funding LLC its successors and assigns as,    assignee of Citi,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
10935320    +Lost Lake / VLADIMIROVO,    Property Owners Association,    PO Box 184,    Rock City, IL 61070-0184
10935321    +Pearl City Elevator,    PO Box 248,    Pearl City, IL 61062-0248
10935322     Redline Recovery Services, LLC,    1145 Sanctuary Parkway, Suite 350,    Alpharetta, GA 30004-4756
10935323    +Resurgence Financial LLC,    4100 Commercial Avenue,    Northbrook, IL 60062-1833
11017772    +Resurgence Financial, LLC,    % Blatt, Hasenmiller, Leibsker, & M,    125 S. Wacker Dr. Suite 400,
              Chicago, IL 60606-4440
10935324     Sears Gold Mastercard,    PO Box 182156,    Columbus, OH 43218-2156
10935325     St. Vladimir Russian Church,    Vladimirovo Lost Lake,    Rock City, IL 61070
10935326    +Stephenson County Treasurer,    Andrew M. Smith,    15 North Galena Avenue,
              Freeport, IL 61032-4348
10935327   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
11055680    +US Bank Corp/Retail Payment Solutions,    PO Box 5229,    Cincinnati, Ohio 45201-5229
11142068     eCAST Settlement Corporation assignee of,    Household Finance Corporation/Beneficial,    POB 35480,
              Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
                                                                                                  TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cshabez            Page 2 of 2              Date Rcvd: May 14, 2007
Case: 06-71774                Form ID: pdf002          Total Served: 35
```

        ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2007**                    **Signature:** _Joseph Speetjens_