## JPMorganChase ⬤

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

June 01, 2007 through June 29, 2007
Primary Account: **000312081640465**



---

### CUSTOMER SERVICE INFORMATION

Service Center:                **1-800-634-5273**

---

00020163 DBI 802 24 18407 - NNN  1 000000000 60 0000
06-71774 ZEILINGER VICTORIA L
DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

---

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

|  | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bankruptcy Business Checking 000312081640466 | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** |
| **Savings** | | |
| Bankruptcy Business Money Market 000312081640465 | $16,517.05 | $0.00 |
| **Total** | **$16,517.05** | **$0.00** |
| **TOTAL ASSETS** | **$16,517.05** | **$0.00** |

**All Summary Balances** shown are as of June 29, 2007 unless otherwise stated.   For details of your retirement
accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information
for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its
completeness or accuracy.



EXHIBIT
C

ok 7/23/07 db
ok 7-12-07
p

18431130020010013870

**JPMorganChase ○**

June 01, 2007 through June 29, 2007
Primary Account: **000312081640465**

## BANKRUPTCY BUSINESS CHECKING

06-71774 ZEILINGER VICTORIA L          Account Number: 000312081640466
DEBTOR

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance as of  06/06/07** |  | $0.00 |
| Deposits and Additions | 1 | 16,519.19 |
| Checks Paid | 10 | - 16,519.19 |
| **Ending Balance** | **11** | **$0.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/06 | Miscellaneous Credit | $16,519.19 |
| **Total Deposits and Additions** | | **$16,519.19** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 06/11 | $41.60 |
| 102 | 06/11 | 2,949.25 |
| 103 | 06/11 | 3,250.58 |
| 104 | 06/20 | 147.81 |
| 105 | 06/18 | 330.50 |
| 106 | 06/21 | 3,544.38 |
| 107 | 06/20 | 2,836.39 |
| 108 | 06/18 | 1,357.10 |
| 109 | 06/19 | 2,050.34 |
| 110 | 06/20 | 11.24 |
| **Total Checks Paid** | | **$16,519.19** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/06 | $16,519.19 |
| 06/11 | 10,277.76 |
| 06/18 | 8,590.16 |
| 06/19 | 6,539.82 |
| 06/20 | 3,544.38 |
| 06/21 | 0.00 |